— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK PNEUMATIC SERVICE COMPANY v. THE STATE TAX COMMISSION and Others  THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK MAIL AND NEWSPAPER TRANSPORTATION COMPANY v. THE STATE TAX COMMISSION and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of MARY G. PINKNEY, Deceased.— Motions denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE FITZGERALD MANUFACTURING COMPANY v. MOLLIE K. ALEXANDER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

MARCUS BULKOWSTEIN and Others v. " JOHN " GOLDBERG, etc. MARCUS BULKOWSTEIN and Others v. " JOHN " KESSLER, etc.— Application denied. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

GUSTAVE SALE v. MAX DORF.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ROSA C. BRADSHAW v. ROSALIND REALTY CORPORATION.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

HARRY BRANDORFF v. RODGERS AND HAGERTY, INC.— Motion for a stay denied as unnecessary. The judgment sought to be appealed from is a final determination and, being one of modification, is appealable as of right to the Court of Appeals. (Civil Practice Act, § 588, subd. 1.) The motion for leave to appeal heretofore made was, therefore, unnecessary and was properly denied; and stay of execution may be had, without motion, upon compliance with section 573 of the Civil Practice Act. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

JOSEPH AVOLA v. PETITI BUILDING COMPANY, INC.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ANTHONY J. ERNEST v. ANNETTE J. MONTGOMERY and Others.— Motion denied and stay vacated. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

JOSEPH G. MARGOLIN v. MORRIS WEINER.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

J. B. WOOD COMPANY, INC., v. RENAW REALTY COMPANY, INC.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

RUSSIAN SOCIALIST FEDERATED SOVIET REPUBLIC v. JACQUES ROBERTO CIBRARIO and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

IDA MOLLICO v. JOHN FRIEDLANDER.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

RUSSIAN SOCIALIST FEDERATED SOVIET REPUBLIC v. JACQUES ROBERTO CIBRARIO and Others.—Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of the Application of THE CITY OF NEW YORK (White Plains Road, etc., and Bear Swamp Road, etc.) — Appeal dismissed, without costs, as academic. [See 199 App. Div. 894.] Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.